CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

BENJAMIN F. FARKAS (CABN 308811)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7223
    FAX: (415) 436-7234
    Benjamin.farkas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 43:26-CR-00140-JD-2 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONVERT CHANGE OF PLEA HEARING AND EXCLUDE TIME; |
| v. | ) ) | [PROPOSED] ORDER |
| LUIS MURILLO-GALIANO, | ) ) | |
| Defendant. | ) ) ) | |

Counsel for the United States and counsel for the defendant LUIS MURILLO-GALIANO, stipulate and jointly request that the Court convert the change of plea hearing scheduled for Monday, May 11, 2026, at 11:00 a.m. in the above referenced case to a status conference, and set a change of plea hearing for Monday, June 1, 2026, at 11:00 a.m. Additionally, it is hereby stipulated by the parties that time be excluded under the Speedy Trial Act from May 11, 2026, through June 1, 2026.

Counsel for the United States and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced. For this reason, the parties stipulate and agree that excluding time until June 1, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May

STIPULATION TO CONVERT CHANG OF PLEA HEARING AND EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 43:26-CR-00140-JD-2       1

11, 2026, through June 1, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 7, 2026                                                    /s/    Benjamin F. Farkas
                                                                     BENJAMIN F. FARKAS
                                                                     Assistant United States Attorney


DATED: May 7, 2026                                                   /s/    Laura Vartain Horn
                                                                     LAURA VARTAIN HORN
                                                                     Counsel for Defendant LUIS MURILLO-GALIANO


**[~~PROPOSED~~] ORDER**

The Court hereby converts the change of plea hearing scheduled for Monday, May 11, 2026, at 11:00 a.m. to a status conference and sets a change of plea hearing for Monday, June 1, 2026, at 11:00 a.m.  Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from May 11, 2026, through June 1, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 11, 2026, to June 1, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 11, 2026, through June 1, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


DATED: May 7, 2026                                                   _____
                                                                     THE HON. JAMES DONATO
                                                                     United States District Judge