Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorney for Defendant
LUIS MURILLO-GALIANO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>LUIS MURILLO-GALIANO,<br>Defendant. | CASE NO. 3:26-cr-00140-002-JD<br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING**<br>Judge: Hon. James Donato<br>Hearing Date: October 5, 2026<br>Time: 11:00 a.m.<br>Courtroom: 11 - 19th Floor |

Pursuant to L.R. 32-2, the Parties by and through their respective counsel, hereby submit this joint stipulated request to continue the currently scheduled October 5, 2026 Sentencing Hearing to October 26, 2026 or a later date convenient to the Court.

WHEREAS, the Court scheduled Defendant's Sentencing Hearing for October 5, 2026.

WHEREAS, counsel for Defendant is scheduled to be in trial in Austin, Texas on October 5, 2026.

WHEREAS, counsel for Defendant conferred with Assistant United States Attorney Farkas and the Probation Officer Ashley Polk, and both and agreed to the date of October 26, 2026.

WHEREAS, counsel for Defendant confirmed the Court's availability on this date with the Court.

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court continue the Sentencing Hearing scheduled for October 5, 2026 to October 26, 2026 and that dates for the final PSR may be continued as well.

DATED: September 14, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorney for Defendant Casey Camacho*

DATED: September 14, 2026

*/s/ Benjamin F. Farkas*

BENJAMIN F. FARKAS
benjamin.farkas@usdoj.gov
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

**FILER'S ATTESTATION**

Pursuant to L.R. 5-1(i)(3) I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 14, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 24, 2026

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE